# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 AUG -3 PM 12: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY /N/ _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAWSON HARDRICK,

        Defendant.

CASE NO. 11CR976-H

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Information:

18USC2252(a)(4)(B) - POSSESSION OF IMAGE OF MINORS ENGAGED IN

SEXUALLY EXPLICIT CONDUCT

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 2, 2012

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE